IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 25-cr-00066-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAN DESIDERIO PAVON-ANDINO,
A/K/A  ADAN DESIDERIO PAVOR-ANDINO,
A/K/A  RICARDO DESIDERIO LOZANO-VALLE

    Defendant.

---

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of Adan Desiderio PAVON-Andino, YOB: 1994, FBI number 547543VD3, State ID number CO3091993, is now confined in the Arapahoe County Jail: 13101 E Broncos Parkway, Centennial, CO 80112, before a United States Magistrate Judge, sitting at Denver, Colorado, on 03/06/2025 in the United States District Court for the District of Colorado; to appear for proceedings in the above-

referenced and pending case; and to hold said Defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings on 03/06/2025 in the above-entitled case in the United States District Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this _3rd_ day of March, 2025.

BY THE COURT:



s/ C. Cuenca
CLERK, UNITED STATES DISTRICT COURT